RIDGEWOOD SAVINGS BANK, Plaintiff, v JOHN PANETTA et al., Defendants, JASPER RESOURCES CORP. et al., Appellants, and INDEPENDENCE ONE FINANCIAL SERVICES, INC., Respondent. [641 NYS2d 1021] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Seidell, J. (Appeal from Order of Supreme Court, Suffolk County, Seidell, J.—Priority of Liens.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

In the Matter of the Estate of LUDWIG GOIDEL, Deceased. ILONA GOIDEL, Appellant; BEN ZION GOIDEL et al., Respondents. [641 NYS2d 1021] —Order unanimously affirmed with costs for reasons stated in decision at Kings County Surrogate's Court, Bloom, S. (Appeal from Order of Kings County Surrogate's Court, Bloom, S.—Will Construction.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.